No. 74–5932.   CEDILLO-LOPEZ ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 74–5965.   MOORE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–5970.   HILTON *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–5975.   PIZZA *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–5978.   HAWK *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 74–6012.   WEBSTER *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 74–6018.   WILSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–6028.   ALVAREZ ET AL., T/A GREENWOOD SHELL AUTO CENTER *v.* HACKENSACK TRUST CO.   Sup. Ct. N. J. Certiorari denied.

No. 74–6034.   WHITE *v.* MICHIGAN STATE UNIVERSITY. C. A. 6th Cir.   Certiorari denied.

No. 74–6040.   FRANCO *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 74–6045.   PAYNE *v.* VIRGINIA.   Sup. Ct. Va. Certiorari denied.

No. 74–6046.   WASHINGTON ET AL. *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.